E. S. ELLSWORTH, APPELLANT, VS. ANNIE PALMER FELL, BY P. A. VANS AGNEW, HER NEXT FRIEND, EDWARD NELSON, FELL AND HENRY ADAMS, APPELLEES.

Appeal from Circuit Court, Polk county.

*Arthur F. Odlin*, for Appellant.

*E. D. Beggs*, for Appellees.

The bill in this case was filed by the appellees against the appellant. From an order overruling demurrer to amended bill of complaint, the defendant appeals. The decree is affirmed.

Decision Per Curiam.